IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Beverly LeBlanc,<br><br>               Plaintiff,<br><br>v.<br><br>Sunset Management, Inc., and Wayne Greene,<br><br>               Defendants. | C/A No. 3:16-577-SVH |
| Laressa B. Brantley,<br><br>               Plaintiff,<br><br>v.<br><br>Sunset Management, Inc., and Wayne Greene,<br><br>               Defendants. | C/A No.: 3:16-578-SVH |

      This matter comes before the court on the motions of Sunset Management, Inc. and Wayne Greene ("Defendants") to compel Beverly LeBlanc and Laressa B. Brantley ("Plaintiffs") to produce responses to Defendants' First Set of Interrogatories and First Set of Requests for Production served on May 23, 2016. [ECF No. 17]. The motion indicates that the discovery requests were duly served and that full and complete responses have not been made within the time prescribed by Fed. R. Civ. P. 26. Plaintiffs' deadline to respond to the discovery requests, after several extensions, was July 28, 2016. *Id*. Defense counsel represents that Plaintiffs has not answered or responded to the discovery requests. *Id*.

      In light of the foregoing, the court grants Defendant's motion to compel. Plaintiff is directed to provide responses to the discovery requests by September 1, 2016. Because

Plaintiff failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4). If Plaintiffs fail to provide the responses as directed herein, the court will grant a request for fees and costs by Defendants through a motion accompanied by an affidavit setting out the time expended in connection with the motion to compel and the hourly rate that the client has been billed.

     IT IS SO ORDERED.

August 18, 2016                                        Shiva V. Hodges
Columbia, South Carolina                United States Magistrate Judge